

YAAKOV SAKS ▲▪*
JUDAH STEIN ▲▪
ELIYAHU BABAD ▲▪
RAPHAEL DEUTSCH ^
DAVID FORCE ▲▪
NAKICHA JOSEPH ▲
MARK ROZENBERG ▪
KENNETH WILLARD ▲▪

▲ NJ Bar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2022

# MEMORANDUM ENDORSED

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

November 23, 2022

**Via CM/ECF**
The Honorable Gregory H. Woods
United States District Court
Southern District of New York

**Re:** **Velazquez v. Marco Store, LLC**
**Case #:  1:22-cv-07561-GHW**

Dear Judge Woods:

We represent the plaintiff in the above matter, and write jointly with Defendant Marco Store, LLC (the Parties) to respectfully request that the initial conference currently scheduled for December 14, 2022, be adjourned.

This is the first request to adjourn the initial conference.

The Parties attempted to coordinate a mediation session by the November 30 date due, but unfortunately have not been able to do so.

Per Your Honor's rules, the Parties propose rescheduling the initial conference for after December 30, so as to give us adequate time to coordinate a session with the Mediation Office.

We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully submitted,

*s/ Mark Rozenberg*
Mark Rozenberg, Esq.

cc:    All Counsel of Record via ECF

---

Application granted.  The initial pretrial conference scheduled for December 14, 2022 is adjourned to January 6, 2023 at 4:00 p.m.  The joint status letter and proposed case management plan described in the Court's September 6, 2022 order are due no later than December 30, 2022.  The conference will take place in Courtroom 12C, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 13.

SO ORDERED.

Dated: November 25, 2022            GREGORY H. WOODS
New York, New York                  United States District Judge