

**MEMORANDUM ENDORSED**

**STEIN | SAKS, PLLC**

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
RAPHAEL DEUTSCH ^
DAVID FORCE ▲▪
NAKICHA JOSEPH▲
MARK ROZENBERG ▪
KENNETH WILLARD▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

December 23, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__12/23/2022__

**Via CM/ECF**
The Honorable Gregory H. Woods
United States District Court
Southern District of New York

> **Re:** **Velazquez v. Marco Store, LLC**
> **Case #: 1:22-cv-07561-GHW**

Dear Judge Woods:

We represent the plaintiff in the above matter, and write jointly with Defendant Marco Store, LLC (the Parties) to respectfully request that the initial conference currently scheduled for January 6, 2023, be adjourned.

This is the second request to adjourn the initial conference.

The Parties have notified the Mediation Office that we are available on January 10, and January 11, 2023, for a mediation session, and we await confirmation from the Office.

Per Your Honor's rules, the Parties propose rescheduling the initial conference for after January 30, so as to give us adequate time to coordinate a session with the Mediation Office, and to prepare the pre-conference filings.

We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully submitted,

*s/ Mark Rozenberg*
Mark Rozenberg, Esq.



cc:     All Counsel of Record via ECF

Application granted.  The initial pretrial conference scheduled for January 6, 2023 is adjourned to February 7, 2023 at 4:00 p.m.  The joint status letter and proposed case management plan described in the Court's September 6, 2022 order are due no later than January 31, 2023.  The conference will take place in Courtroom 12C, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 15.

SO ORDERED.

Dated: December 23, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge